**Petitions for Writ of Mandamus Denied and Memorandum Opinion filed August 12, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00417-CV

### NO. 14-14-00458-CV

---

### IN RE ROBERT PRIMO, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-17078**

---

## MEMORANDUM OPINION

On May 30, 2014, relator Robert Primo filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In his petition, relator asks this court to compel the Honorable Dan Hinde, presiding judge of the 269th District Court of Harris County, to vacate an order reinstating a prior order striking relator's request for a jury trial. On June 11, 2014, relator filed

a separate petition for writ of mandamus, asking this court to compel Judge Hinde to vacate his original order striking relator's request for a jury trial. This court ordered the two original proceedings consolidated.

Relator has not satisfied his burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relator's petitions for writ of mandamus. We also deny as moot the real parties' motions to strike portions of the appendix filed with each petition.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.